| | |
|---|---|
| 1 | DANIEL G. BODGEN<br>United States Attorney |
| 2 | District of Nevada<br>ERIC JOHNSON |
| 3 | Assistant United States Attorney<br>333 Las Vegas Boulevard, Suite 5000 |
| 4 | Las Vegas, Nevada 89101<br>Telephone: (702) 388-6336 |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | Case No. 2:03-mj-02160-PAL |
|---|---|---|
| Plaintiff, | ) | **ORDER FOR DISMISSAL** |
| vs. | ) | |
| ARTHUR DANIEL MCADORY, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the District of Nevada hereby dismisses the Complaint filed on July 17, 2003.

DATED this 21st day of January, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/Eric Johnson

ERIC JOHNSON
Assistant United States Attorney
Chief, Criminal Division

Leave of Court is granted for the filing of the foregoing dismissal

DATED this 27th day of January, 2014.

United States Magistrate Judge

1